VAN–074 Order To Show Cause – Rev. 07/25/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:

Michael Brandon Winters
5800–911 Waterford Valley Crescent
Raleigh, NC 27612

CASE NO.: 10–04955–8–SWH

DATE FILED: June 21, 2010

CHAPTER: 7

ORDER TO SHOW CAUSE

Based upon the motion for show cause order filed by the Bankruptcy Administrator ,

IT IS ORDERED that Debtor Michael Winters , appear at the time and place indicated below and show cause, if any there be, as to why sanctions should not be imposed.

DATE:       Thursday, August 19, 2010
TIME:       10:00 AM
PLACE:      Room 208, 300 Fayetteville Street, Raleigh, NC 27602

DATED: July 28, 2010

Stephani W. Humrickhouse
United States Bankruptcy Judge